UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-13-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BILLY BRIAN ROBERSON, JR. | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. _17_ be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. _17_ to counsel for all parties.

SO ORDERED.

This the _30th_ day of March, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge