UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-13-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| BILLY BRIAN ROBERSON, JR. | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. __28__ be sealed until further order of the court.

SO ORDERED.

This the __31st__ day of August, 2016.

_____
Honorable Louise W. Flanagan
United States District Judge